UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

| | |
|---|---|
| In re: | CASE NO.: 15-28106-RAM |
| ALEXIS OMS | CHAPTER 7 |
| Debtor / | |
| ROBERT ANGUEIRA, Chapter 7 Trustee in Bankruptcy for Alexis Oms | ADV. CASE NO: |
| Plaintiff, | |
| vs. | |
| JORGELINA PEREA, | |
| Defendant. / | |

**AFFIDAVIT OF NO FUNDS IN THE ESTATE**

STATE OF FLORIDA )
COUNTY OF MIAMI – DADE ) ss:

**COMES NOW** Yanay Galban, in her capacity as Counsel to the Chapter 7 Trustee of the above-captioned case, being duly sworn, does hereby affirm as follows:

1. As of the date of the *Complaint* which is being filed contemporaneously with this Affidavit, there are no funds in the Estate.

2. As of the date of this Affidavit there are no funds in the estate. When funds become available to the Trustee, all filing fees due to the Clerk of Courts will be paid.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

YANAY GALBAN, ESQ.

SWORN TO AN SUBSCRIBED before me this 22 day of February, 2016. The Affiant is personally known to me and did take an oath.

My Commission Expires:

Notary Public

LILLIAN MATKOVIC
MY COMMISSION # EE 209145
EXPIRES: June 18, 2016
Bonded Thru Notary Public Underwriters